IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYSHAWN SMITH** | : | CIVIL ACTION NO. 1:CV-12-1829 |
| | : | |
| Petitioner | : | **(CHIEF JUDGE KANE)** |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA** | : | |
| | : | |
| Respondents | : | |

## O R D E R

Before the Court in the captioned action is a September 13, 2012 report of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) The Petition for Writ of Habeas Corpus is **DISMISSED**, without prejudice, and a certificate of appealability will not issue.

3) The Clerk of Court shall close the file.

                                                                s/ Yvette Kane
                                                                YVETTE KANE, Chief Judge
                                                                United States District Court
                                                                Middle District of Pennsylvania

Dated: October 09, 2012